# UNITED STATES DISTRICT COURT
### for the

Alaska District of Anchorage

Anchorage Division

| | | |
|---|---|---|
| DARIN JONES | ) | Case No. _____ |
| *Plaintiff(s)* | ) | *(to be filled in by the Clerk's Office)* |
| *(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)* | ) ) ) ) ) | 1983 "TORT" |
| -v- | ) | |
| Alaska Department of Corrections P.O. MARNON, C.O. KERR | ) ) ) ) | |
| *Defendant(s)* | ) ) ) | |
| *(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names. Do not include addresses here.)* | ) ) | |

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
### (Prisoner Complaint)
"TORT"

---

### NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

---

## I.     The Parties to This Complaint

### A.     The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint.  Attach additional pages if needed.

Name                          Darin Jones

All other names by which
you have been known:          N/A

ID Number                     368043

Current Institution           Anchorage Correctional Complex-East

Address                       c/o 1400 East 4th Avenue

Anchorage              Alaska          99501
  *City*                      *State*          *Zip Code*

### B.     The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation.  Make sure that the defendant(s) listed below are identical to those contained in the above caption.  For an individual defendant, include the person's job or title *(if known)* and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both.  Attach additional pages if needed.

Defendant No. 1

Name                          P.O. MARNON

Job or Title *(if known)*     Probation officer Lemon Creek AKDCC

Shield Number

Employer                      AK Dept of Corrections

Address                       2000 Lemon Creek Road

Juneau               Alaska          99801
  *City*                      *State*          *Zip Code*

[ ] Individual capacity     [X] Official capacity

Defendant No. 2

Name                          C.O. KERR

Job or Title *(if known)*     Correctional Officer

Shield Number

Employer                      AK Dept of Correctional

Address                       c/o 1400 East 4th Avenue

Juneau               Alaska          99801
  *City*                      *State*          *Zip Code*

[X] Individual capacity     [X] Official capacity

Defendant No. 3

    Name

    Job or Title *(if known)*

    Shield Number

    Employer

    Address

|  |  |  |
| --- | --- | --- |
| *City* | *State* | *Zip Code* |

☐ Individual capacity    ☐ Official capacity

Defendant No. 4

    Name

    Job or Title *(if known)*

    Shield Number

    Employer

    Address

|  |  |  |
| --- | --- | --- |
| *City* | *State* | *Zip Code* |

☐ Individual capacity    ☐ Official capacity

## II.   Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971)*, you may sue federal officials for the violation of certain constitutional rights.

A.     Are you bringing suit against *(check all that apply)*:

    ☐ Federal officials (a *Bivens* claim)

    ☒ State or local officials (a § 1983 claim)

B.     Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

    8th Amendment Cruel & unusual Assault

    8th Amendment failure to release prisoner after Sising mandatory parole release paper work. No good time lost

C.     Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

D.    Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.

*failure to release after Completion of time imposed and after Signing mandatory parole release paper work. After Should have been release The assault occurred hospitalizing Mr. Jones,*

## III.    Prisoner Status

Indicate whether you are a prisoner or other confined person as follows *(check all that apply)*:

☒    Pretrial detainee

☐    Civilly committed detainee

☐    Immigration detainee

☐    Convicted and sentenced state prisoner

☐    Convicted and sentenced federal prisoner

☐    Other *(explain)* _____

## IV.    Statement of Claim

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A.    If the events giving rise to your claim arose outside an institution, describe where and when they arose.

*See Attached*

B.    If the events giving rise to your claim arose in an institution, describe where and when they arose.

*See attached*

## IV. STATEMENT OF CLAIM

B.) On or about Febuary 2nd 2019 at Lemon Creek Correctional Complex in Juenau Alaska Darin Jones herein after "Mr Jones" Signed his manditory release paperwork for parole which he was to be released in Case. Nov. 2018 TOOK Deal.

C) Feb-2nd 2019 Signed manditory release for parole April - May (Applox) 2019 Mr. Jones was assulted which occured when he Should have been released.

D) I was not released as required by The Contract Signed at Sentencing which imposed 2yrs flt Jail time With NO parole time which Mr. Jone must have been released. During this time Mr. Jones was hospitalized due to a inmate assulting him leaving him w/ a broken Jaw and other serious injuries. Inmate unknown who assulted mr. Jones. Nov 2018 Mr. Jones took a 2year flat Deal w/ No parole or poobation Signing his manditory release feb 2nd 2019 on a fear assult. AK Doc P.o. Marnan Knowingly ignored the manditory release of Mr. Jones which the assult took place Stemming from his failure to release by Contract Signed at Sentencing

The Constitution requires That "No Law Shall be passed interferring with ones right to Contract. unknown inmate That assulted mr. Jone previous to The hospitalization attempted To assult mr. Jone which Staff Seperated both inmate placing Them both in segregation for 3days Then released both inmates Placing one inmate in fox mod and The other in hotel mod. Commissary Staff member let each mod go to pick-up Their Commissary. While mr. Jons walked from hotel mod past fox mod outside the window, C.o. kerr intentionally let unknown inmate out of mod which as Seperate Should have

been logged due to prior occurrence That ~~fets~~ resulted in both inmates going to segregation Then being Seperated. Which Mr. Jones was assulted from behind That resulted in his broken jaw, broken nose and going to The hospital. After assult occurred Mr. Jones was placed in Segregation after being taken to Alaska Regional hospital in Juneau Which Doctors declared Mr. Jones had a broken jaw and nose That needed immediate surgery, for 17day with no medical Treatment as doctors previously declared. Then Mr. Jones was Sent to Anchorage Ak correctional where he spent 5 day in ~~seg.~~ med seg before Surgery. Ak Regional in Juneau. Ak was capatable to rendering all proper medical needs. Then Mr. Jones Spent 3 months after having his jaw wired Shut in segregation when Mr. Jone Continually Wrote The P.o.'s ~~bone~~ at ACCC That if transported back to lemon Creek Correctional That Mr. Jones would be put in a place to possibily be assulted again Which a Syratee Should have been Enplace. P.o. Marnon Then Contacted Thru Anchorage P.o.'s. inquiring about Mr. Jones' Concern of being assulted again which he responded That The facility is totally Seperated from every mod. Which was untruthful. Mr. Jones was ultimately transported back to lemon Creek place back in Same mod as previous Fex mod which he was almost assulted again Then had to be immediately removed.

AS a result P.o. Marnon Knowingly acted with malicous intentionally have Mr. Jones assulted again placing him in Same environment That previously resulted in The assult That led to being hospital. Lemon Creek is a Very Small facility.

2oF2

SEE ATTACHED PAGE

C. What date and approximate time did the events giving rise to your claim(s) occur?

Feb 2nd 2019 signed manditory parole release.
April - May 2019 assault occurred when Mr. Jones Should have
been released

D. What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

I was not released

## V. Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

Broken Jaw, Broke Nose, Now suffer PTSD, anxiety, depression, isolation ect. Taken to Anchorage correctional from Lemon Creek for hospital to do Surgery to wire Mr. Jones Jaw shut, which Still causes him headaches, migraines, Pain,

## VI. Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims.

1. Make Doc fix Time + deti
2) Pay $1,000,000.00 pain, Suffering
3) Pay $1,000.00 per day for every day spent in Jail when Mr. Jones should have been released 18 months
4) Restraining order on Doc To stop cease + desist harassment and neglegent Care.

## VII.  Exhaustion of Administrative Remedies Administrative Procedures

The Prison Litigation Reform Act ("PLRA"), 42 U.S.C. § 1997e(a), requires that "[n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted."

Administrative remedies are also known as grievance procedures. Your case may be dismissed if you have not exhausted your administrative remedies.

A.  Did your claim(s) arise while you were confined in a jail, prison, or other correctional facility?

☒ Yes

☐ No

If yes, name the jail, prison, or other correctional facility where you were confined at the time of the events giving rise to your claim(s).

Lemon Creek Correctional Center Alaska Deptr of Correction

B.  Does the jail, prison, or other correctional facility where your claim(s) arose have a grievance procedure?

☒ Yes

☐ No

☐ Do not know

C.  Does the grievance procedure at the jail, prison, or other correctional facility where your claim(s) arose cover some or all of your claims?

☒ Yes

☒ No

☐ Do not know

If yes, which claim(s)?

Time + Acctn Does not alloco prisoners The grievence process. Mr Jones Did grieve the inmate assault and exhausted administrative remedy

D.     Did you file a grievance in the jail, prison, or other correctional facility where your claim(s) arose concerning the facts relating to this complaint?

☒ Yes

☐ No

If no, did you file a grievance about the events described in this complaint at any other jail, prison, or other correctional facility?

☐ Yes

☐ No

E.     If you did file a grievance:

1.   Where did you file the grievance?

Lemon Creek Correctional Juneau Alaska

2.   What did you claim in your grievance? AK Doc staff knowingly & intelligently participated in not releasing Mr. Jones as required by sentencing contract which led to the assult, s

See previous page 1 of 2 & 2 of 2 for Complaint.

3.   What was the result, if any?

Denied! No response as required by grievance procedure

4.   What steps, if any, did you take to appeal that decision? Is the grievance process completed? If not, explain why not. *(Describe all efforts to appeal to the highest level of the grievance process.)*

Yes completed! Appealed to Superintendent and to Director of institution w/ No response.

F.      If you did not file a grievance:

    1.    If there are any reasons why you did not file a grievance, state them here:

    2.    If you did not file a grievance but you did inform officials of your claim, state who you informed, when and how, and their response, if any:

G.      Please set forth any additional information that is relevant to the exhaustion of your administrative remedies.

*(Note: You may attach as exhibits to this complaint any documents related to the exhaustion of your administrative remedies.)*

## VIII.  Previous Lawsuits

The "three strikes rule" bars a prisoner from bringing a civil action or an appeal in federal court without paying the filing fee if that prisoner has "on three or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. § 1915(g).

To the best of your knowledge, have you had a case dismissed based on this "three strikes rule"?

☐ Yes

☒ No

If yes, state which court dismissed your case, when this occurred, and attach a copy of the order if possible.

A.     Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?

☐ Yes

☒ No

B.     If your answer to A is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1.   Parties to the previous lawsuit

Plaintiff(s) _____

Defendant(s) _____

2.   Court *(if federal court, name the district; if state court, name the county and State)*

_____

3.   Docket or index number

_____

4.   Name of Judge assigned to your case

_____

5.   Approximate date of filing lawsuit

_____

6.   Is the case still pending?

☐ Yes

☐ No

If no, give the approximate date of disposition. _____

7.   What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*

_____

C.     Have you filed other lawsuits in state or federal court otherwise relating to the conditions of your imprisonment?

Yes

☒ Yes

☐ No

D.    If your answer to C is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

    1.    Parties to the previous lawsuit

        Plaintiff(s)  Jones v. CCA

        Defendant(s)  CCA. 2010

    2.    Court *(if federal court, name the district; if state court, name the county and State)*

        Federal District Court

    3.    Docket or index number

        NA

    4.    Name of Judge assigned to your case

        N/A

    5.    Approximate date of filing lawsuit

        2010

    6.    Is the case still pending?

        ☐ Yes

        ☒ No

        If no, give the approximate date of disposition

    7.    What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*

        dismissed unknown.

## IX.    Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.    For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:    5-18-2021

Signature of Plaintiff

Printed Name of Plaintiff    Dann Jones

Prison Identification #    368043

Prison Address    C/o 1400 East 4th Avenue

Anchorage    Alaska    99501
City    State    Zip Code

### B.    For Attorneys

Date of signing:    _____

Signature of Attorney    _____

Printed Name of Attorney    _____

Bar Number    _____

Name of Law Firm    _____

Address    _____

_____
City    State    Zip Code

Telephone Number    _____

E-mail Address    _____